## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

LISA DIANNE SEGELSTROM,

     Plaintiff,                                    JUDGMENT IN A CIVIL CASE

     v.                                                    Case No.  18-cv-221-slc

ACCOUNT CONTROL
TECHNOLOGY, INC.,

     Defendant.

     This action came before the court for consideration with Magistrate Judge Stephen L. Crocker presiding.  The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendant Account Control Technology, Inc. dismissing this case with prejudice for

plaintiff Lisa Dianne Segelstrom's failure to prosecute.

     s/V.Olmo, Deputy Clerk                           9/26/2018
     Peter Oppeneer, Clerk of Court                       Date